PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00106-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE OF PLEA |
| v. | |
| JUAN BANDA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney and Griffin Estes, attorney for defendant Juan Banda, that the status conference set for February 28, 2024 at 1:00 pm be vacated and instead a change of plea hearing be set for March 11, 2024 before the District Judge.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the matter was set for status conference on February 28, 2024 and time was excluded under the Speedy Trial Act through that date.

2. By this stipulation, defendant now moves to <u>vacate the status conference and set the matter for change of plea on March 11, 2024</u> before the District Judge. This proposed change of plea date represents the earliest date that all counsel are available, taking into account attorney schedules, court availability, and the commitments of defense counsel to other clients.

3. The parties agree and stipulate, and request that the Court find the following:

Stipulation                                                               1

a) Discovery in this case has been provided, and consists of multiple reports, videos, and expert reports. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for the defendants believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 28, 2024 to March 11, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: February 21, 2024                                Respectfully submitted,

                                                        PHILLIP A. TALBERT
                                                        United States Attorney

                                                 By     /s/ Robert L. Veneman-Hughes
                                                        ROBERT L. VENEMAN-HUGHES
                                                        Assistant United States Attorney

Dated: February 21, 2024                                /s/ Griffin Estes
                                                        GRIFFIN ESTES
                                                        Attorney for Juan BANDA

**ORDER**

IT IS SO ORDERED that the status conference set for February 28, 2024, is vacated. A change of plea hearing is set for **March 11, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **February 22, 2024**            /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE

Stipulation                           3